Case No.   3:26-mj-00009

| | | |
|---|---|---|
| STATE OF OREGON | ) | |
| | ) ss: | AFFIDAVIT OF BRETT S. HAWKINSON |
| County of Multnomah | ) | |

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Brett S. Hawkinson, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1.  I am a police officer with the Portland Police Bureau and have been since November 2001.  I was promoted to the rank of Detective in August 2007.  As part of my duties, I am also designated as a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI) bank robbery task force and have been designated as such since March 31, 2010.  My training and experience includes over 24 years as a Portland Police officer, and three years of employment with the City of Lynnwood, Washington, Police Department.

2.  I submit this affidavit in support of a criminal complaint and arrest warrant charging GERALD F. COX with Bank Robbery in violation of 18 U.S.C. § 2113(a).  As set forth below, I have probable cause to believe that COX committed that crime.

3.  This affidavit is intended to show only that there is sufficient probable cause for the requested complaint and arrest warrant and does not set forth all my knowledge about this matter.  The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, interviews of witnesses, a review of records related to this investigation, communications with others who have knowledge of the events and circumstances described herein, and information gained through my training and experience.

**Applicable Law**

4.      **18 U.S.C. § 2113(a) Bank Robbery** prohibits a person from using force, violence or intimidation to knowingly and unlawfully take or attempt to take currency or any other thing of value from the person or presence of employees of a bank whose deposits insured by the Federal Deposit Insurance Corporation (FDIC).

**Statement of Probable Cause**

5.      On Tuesday, January 20, 2026, at approximately 10:23 a.m., a robbery occurred at the US Bank branch located at 5515 NE Martin Luther King Jr Boulevard, in Portland, Multnomah County, Oregon.  The money deposited at this bank is insured by the FDIC.

6.      The victim teller reported to Portland Police Officer SHAWN SCHROEDER that a subject, unknown to her and hereinafter referred to as "the robber," entered the branch and approached the victim teller.  The robber informed the victim teller he was "robbing the place," or words to that effect.  The victim teller at first thought it was a joke and asked the robber if he was "robbing himself or the bank," or words to that effect.  The robber replied to the victim teller that he was "robbing the bank," or words to that effect.  The victim teller, who later told me she felt nervous because she didn't know if the robber had a weapon, responded by giving the robber approximately one hundred and twenty-one ($121) dollars in US currency.  The robber then exited the bank.

7.      The victim teller pressed the alarm and informed her co-workers she was just robbed.  The victim teller described the robber as a white male, between 50-70 years of age, with a gray beard, wearing a beanie, a scarf, and a dark gray jacket.  The victim teller added that the robber's fingers were dark; as if they were dirty and cracked from smoking.

**Affidavit of Brett S. Hawkinson**                                                                                                **Page 2**

`8.	Officer Schroeder then spoke to the bank security guard, who told Officer Schroeder he was helping with a bank customer when he learned the bank was robbed. The bank security guard took a picture of the bank robber as the bank robber walked away from the back. The bank security guard provided the picture of the bank robber to Officer Schroeder, who subsequently distributed the image electronically to responding Portland Police officers.

8.	Portland Police Officer Andrew Feist responded to the area looking for the suspect. Officer Feist received the image of the bank robber from Officer Schroeder. Officer Feist located a male with the name of GERALD COX (identified by his Oregon Identification Card) at the intersection of NE Martin Luther King Jr Boulevard and NE Emerson Street, which is one block to the south of the bank. Officer Feist observed that the coat COX was wearing appeared to be consistent with the coat worn by the robber. In addition, Officer Feist saw that the robber was wearing a scarf over his face and had a gray beard, which was consistent with the description provided by the victim teller. Officer Feist then took COX into custody.

9.	I responded to the scene of the stop. I recognized the robber as GERALD COX, whom I personally encountered on Friday January 9, 2025.[1]

---

[1] On that date, I responded to Washington Federal Bank at 530 SW 5th Avenue for a robbery alarm. I learned from Officer Torres that a man (later identified as COX) entered the bank, told the victim teller he was going to rob the bank and demanded money. The victim teller told COX to have a seat and he sat down, where police responded and arrested him. After some consultation with the bank employees and Officer Torres, COX was arrested and charged for Disorderly Conduct in the Second Degree. At that time, I personally admonished COX about his behavior and advised him that he narrowly avoided being charged federally for bank robbery

**Affidavit of Brett S. Hawkinson**                                                                                                  **Page 3**



*Above: Oregon DMV photo of GERALD COX from November 2025*

10.     I received images of the bank robber from Tony Fincher with US Bank Corporate Security.  I reviewed the images and formed the opinion that the images appeared to be consistent with COX's physical description and appearance based on my prior interaction with him and a review of his DMV photo, pictured above.



*Above: Image from US Bank video surveillance of robber*

**Affidavit of Brett S. Hawkinson**                                                                                                    **Page 4**

11.     I conducted a show-up of COX with the victim teller.  I read the standardized show-up admonishment form to the victim teller; when I asked her if she understood she replied, "Yes sir."  I then had the victim teller look out of the blinds out of the front window.  The victim teller looked at COX, who was standing outside of the police car, and replied, "Yeah, that's 100% him.  I recognize the beard and the nose."  The victim teller signed the Show-Up Instruction Form and Report.

12.     COX was transported to the Portland Police Bureau Detective Division, where FBI Special Agent Mike Kern and I interviewed COX.  I advised COX of his Miranda Rights; when I asked him if he understood, he replied, "Yeah."  I learned from COX that he was homeless, without a cell phone or email address, that he was born in Denver, Colorado and considered himself from Arizona where he lived for 26 years.  I asked him what happened at the US Bank on Martin Luther King.  COX replied, "I went in to rob the bank."  I asked COX how much money he got and he replied, "Couple hundred dollars."  I asked COX why he robbed the bank today, and he replied, "Go to prison."  I asked COX why, and he replied, " 'Cuz I don't wanna be where I'm at."  I asked COX if there was any particular reason for robbing that bank, COX said there was not.  I asked COX if he would be willing to write an apology letter; COX declined.

13.     Officer Feist and I counted the money that Officer Feist located in COX'S front right jeans pocket following a search incident to arrest.  The recovered money totaled $128.83, which I placed into evidence at the Portland Police Bureau.

## Conclusion

14.　Based on the foregoing, I have probable cause to believe GERALD F COX, a white male with date of birth X/XX/1966, committed bank robbery in violation of 18 U.S.C. § 2113(a). I therefore request that the Court issue a criminal complaint and arrest warrant charging COX with that offense.

15.　Prior to being submitted to the Court, this affidavit, the accompanying complaint, and the arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Arin Heinz. AUSA Heinz advised me that in her opinion, the affidavit is legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

*/s/ Brett S. Hawkinson by Phone*
BRETT S. HAWKINSON
Task Force Officer, FBI

Subscribed and sworn to by telephone in accordance with the requirements of Fed. R. Crim. P. 4.1 on January 21, 2026, at 9:54 a.m.

HONORABLE JEFFREY ARMISTEAD
United States Magistrate Judge